# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| ASPHALT PAVING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANTLEY COUNTY and GWES, LLC, <br><br> Defendants. | CV 525-002 |
| BRANTLEY COUNTY, <br><br> Counter Claimant, <br><br> v. <br><br> ASPHALT PAVING SYSTEMS, INC., <br><br> Counter Defendant. | |

## ORDER

Plaintiff Asphalt Paving Systems, Inc. filed its amended complaint on August 25, 2025. Dkt. No. 35. Defendant Brantley County filed an answer and counterclaim on September 8, 2025. Dkt. No. 38. In response to the counterclaim, Asphalt Paving Systems filed a motion to dismiss. Dkt. No. 42. Thereafter, on October 9, 2025, Brantley County filed an amended answer and amended counterclaim. Dkt. No. 47. For the reasons below, Plaintiff's motion to dismiss the counterclaim, dkt. no. 42, is **DENIED as moot**.

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Brantley County timely filed its amended answer/counterclaim as a matter of course pursuant to Rule 15(a)(1). Further, Brantley County's amended counterclaim supersedes its prior counterclaim. Asphalt Paving Systems' motion to dismiss the counterclaim, dkt. no. 42, has thus been rendered moot by Brantley County's filing of an amended counterclaim. Should Plaintiff wish to renew its motion to dismiss with regard to the amended counterclaim, it is granted

2

leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Asphalt Paving Systems' motion to dismiss the counterclaim, dkt. no. 42, is **DENIED as moot**.

**SO ORDERED**, this  10  day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA